No. 90–6516. CASTRO v. NEW YORK CITY BOARD OF EDUCATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–6518. WOLFENBARGER v. KANSAS DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES. Ct. App. Kan. Certiorari denied.

No. 90–6519. SORENSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6520. RAINER v. DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 90–6521. REED v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6523. BAKER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6525. PASCO v. MORRIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–6526. WALKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6527. HAYES v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 90–6528. NAVARRO v. HARGETT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–6529. JOHNSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–6535. MCCOLPIN v. DAVIES ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–6536. JASINSKI, AKA EDGAR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–6543. WILSON v. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY AT PARCHMAN, ET AL. C. A. 5th Cir. Certiorari denied.